No. 759. SMITH ET AL. *v.* UNITED STATES. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Richard E. Westbrooks* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron,* and *W. Marvin Smith* for the United States.

No. 763. LONDON & PROVINCIAL MARINE & GENERAL INS. CO. *v.* KENTUCKY MACARONI CO.; and

No. 764. ROYAL INSURANCE CO. *v.* SAME. March 14, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank M. Drake* for petitioners. *Mr. Robert S. Marx* for respondent. Reported below: 92 F. 2d 1009.

No. 765. SALT LAKE COUNTY *v.* UTAH COPPER CO. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Mahlon E. Wilson* and *Harold E. Wallace* for petitioner. *Messrs. A. C. Ellis* and *C. C. Parsons* for respondent.

No. 766. STEIN, TRUSTEE IN BANKRUPTCY, *v.* LEIBOWITT ET AL. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. David Goldstein* for petitioner. *Mr. Louis Rudner* for respondents.

No. 776. PICKETT *v.* TRIXLER, RECEIVER, ET AL. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. U. S. Lesh* for petitioner. No appearance for respondents.